1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   E-mail: jrusso@computerlaw.com
5          csargent@computerlaw.com

6  Attorneys for Defendants
   DEREK WILKES, PELFIT
7  TECHNOLOGIES, LLC, MORTON CORDELL
   AND SILK ROAD ASSOCIATES, LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

| | |
|---|---|
| ATHENA FEMININE TECHNOLOGIES, INC., | Case No.: 4:10-cv-04868-SBA |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DATES IN ORDER** |
| v. | |
| DEREK WILKES, PELFIT TECHNOLOGIES LLC, MORTON CORDELL, SILK ROAD ASSOCIATES LLC, SIMON FAN and KING CHAMPION (HONG KONG) LTD, | |
| Defendants. | |

This Mutual Stipulation is hereby entered into between Plaintiff Athena Feminine Technologies, Inc. ("Plaintiff") and Defendants Derek Wilkes, Pelfit Technologies, LLC, Morton Cordell, Silk Road Associates LLC, and King Champion (Hong Kong) Ltd. (collectively, "Defendants") by their respective counsel.

## RECITALS

A.  On September 13, 2011, Hon. Judge Armstrong issued an Order Granting In Part And Denying In Part Defendants' Motion To Dismiss And Granting In Part And Denying In Part Defendants Morton Cordell And Silk Road Associates LLC's Motion To Compel Arbitration And To Stay Proceedings (the "Order").

B.  Judge Armstrong's Order referred the instant action to Magistrate Judge Donna Ryu for a mandatory settlement conference to take place within sixty (60) days of the date of the Order. Following applicable Court Rules, the last possible date for the mandatory settlement conference is thus November 14, 2011.

C.  The Order additionally set for November 16, 2011 at 2:30 p.m. a telephonic Case Management Conference.

D.  On September 14, 2011, Magistrate Judge Donna Ryu's Clerk contacted the parties to advise that the only two available dates for the mandatory settlement conference are October 21, 2011 or October 31, 2011.  On September 16, 2011, the office of counsel for Defendants Wilkes, Cordell, and Silk Road LLC contacted Magistrate Judge Donna Ryu's Clerk and was advised that the only additional date available to hold a settlement conference would be November 7, 2011.

E.  Steven Finley and Hennefer, Finley & Wood LLP, counsel for Plaintiff, are unavailable on October 21, 2011 due to other previously scheduled commitments.

F.  Jack Russo and Computerlaw Group LLP, counsel for Defendants Derek Wilkes, Morton Cordell, and Silk Road LLC, are unavailable from October 21, 2011 through at least November 19, 2011, due to their representation of another party at a private trial in Los Angeles, California, before Hon. Judge Collins (Ret.) in a case pending in the Los Angeles Superior Court, entitled "Aramark Uniform and Career Apparel LLC v. DAZ Systems, Inc."

1   G. The parties desire to comply with the Order and attend the settlement conference, and
2 submit a meaningful Case Management Conference Statement no less than seven (7) days before the
3 Case Management Conference.

4   Accordingly, the Parties hereby agree as follows:

## **STIPULATION**

6   1. The time within which a mandatory settlement conference is to take place shall be
7 extended by 32 days to December 15, 2011.

8   2. The parties shall appear for a telephonic Case Management Conference on January 11,
9 2012 at 3:45 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer
10 and prepare a joint Case Management Conference Statement.

11   3. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to
12 the conference date.

13   4. The joint statement shall comply with the Standing Order for All Judges of the
14 Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for
15 setting up the conference call. On the specified date and time, Plaintiff shall call (510) 637-3559 with
16 all parties on the line.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

**IT IS SO STIPULATED:**

Dated:  September 21, 2011                              HENNEFER, FINLEY & WOOD, LLP


By:  /s/ Steven C. Finley
      Steven C. Finley

Attorney for Plaintiff
ATHENA FEMININE TECHNOLOGIES, INC.


Dated:  September 26, 2011                              COMPUTERLAW GROUP LLP


By:  /s/ Christopher Sargent
      Jack Russo
      Christopher Sargent

Attorneys for Defendants
DEREK WILKES, PELFIT TECHNOLOGIES, LLC, MORTON CORDELL AND SILK ROAD ASSOCIATES, LLC

ATER WYNE LLP


Dated: September 26, 2011                               By:  /s/ Daniel Larson
      Daniel Larson

Attorney for Defendant
KING CHAMPION (HONG KONG) LTD.

### ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

/s/ Christopher Sargent

**IT IS SO ORDERED:**

Dated: 9/28/11                                         *Saundra B. Armstrong*
      Hon. Saundra Armstrong
      United States District Judge

---