UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA FEMININE TECHNOLOGIES, | No. C-10-04868 SBA (DMR) |
| Plaintiff, | **ORDER RE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| DEREK WILKES, et al., | |
| Defendants. | |

All parties have indicated that they do not object to Defendant King Champion's request for telephonic appearance by its party representative at the December 13, 2011 settlement conference. King Champion's attorney(s) and its insurance representative(s), if any, shall appear in person. A party representative with full authority to settle the case on behalf of King Champion shall be available by telephone for the entire settlement conference.

IT IS SO ORDERED.

Dated: December 12, 2011

DONNA M. RYU
United States Magistrate Judge