# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C-10-4868-SBA

**CASE NAME:** ATHENA FEMININE TECH. INC. v. DEREK WILKES, ET AL

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Ivy Garcia |
| **DATE**: 5/15/12    **TIME:** 4.0 Hrs. | **FTR**: Not Recorded |

**COUNSEL FOR PLAINTIFF:**
Steven Finley

**COUNSEL FOR DEFENDANT:**
Jack Russo
Christopher Sargent

## PROCEEDINGS

[ ]   CASE MANAGEMENT CONFERENCE

[X]   SETTLEMENT CONFERENCE HELD

[ ]   DISCOVERY CONFERENCE

[ ]   MOTION HEARING

[ ]   OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:  Matter fully settled as to defendant King Champion.  Settlement discussions to continue between Plaintiff and remaining defendants.  Parties to report via email to Judge Ryu on status of discussions by May 22, 2012.

cc:    Chambers, Lisa (CRD of Judge S.B. Armstrong)