United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA FEMININE TECHNOLOGIES, | No. C-10-04868-SBA (DMR) |
| Plaintiff(s), | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SUBMIT UPDATE** |
| v. | |
| DEREK WILKES, ET AL, | |
| Defendant(s). | |

Following the May 15, 2012 settlement conference, the court ordered Plaintiff Athena Feminine Technologies, Inc. and Defendants Derek Wilkes, Pelfit Technologies, Morton Cordell, and Silk Road Associates to continue negotiations regarding an expedited process for resolving the case. (Docket No. 104). The parties were to provide the court with an update by May 22, 2012. The parties now advise that they require additional time. The court grants a brief continuance, and orders the parties to provide an update by no later than June 1, 2012.

IT IS SO ORDERED.

Dated: May 22, 2012

DONNA M. RYU
United States Magistrate Judge