UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATHENA FEMININE TECHNOLOGIES,      No. C-10-04868-SBA (DMR)

    Plaintiff(s),      **ORDER SETTING DEADLINE TO SUBMIT UPDATE**

    v.

DEREK WILKES, ET AL,

    Defendant(s).

_____/

By order dated May 22, 2012, the court granted the parties' request for an extension of time to provide an update following the May 15, 2012 settlement conference and set a deadline of June 1, 2012. Doc. no. 105. Having received no joint update on the status of settlement discussions, the court hereby orders the parties to email the undersigned with an update by no later than June 14, 2012.

IT IS SO ORDERED.

Dated: June 4, 2012

_____
DONNA M. RYU
United States Magistrate Judge