Daniel P. Larsen, OSB #943645
(Admitted *Pro Hac Vice*)
E-mail:  dpl@aterwynne.com
ATER WYNNE LLP
1331 NW Lovejoy Street, Suite 900
Portland, OR  97209-3280
Tel:  503/226-1191; Fax:  503/226-0079

C. Todd Norris, SBN 181337
E-mail:  todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA  94108
Tel:  415/352-2700; Fax:  415/352.2701

Attorneys for Defendant King Champion (Hong Kong) Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **ATHENA FEMININE TECHNOLOGIES INC.,** | Case No.:  4:10-CV-04868-SBA |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **DEREK WILKES, PELFIT TECHNOLOGIES LLC, MORTON CORDELL, SILK ROAD ASSOCIATES LLC, SIMON FAN, and KING CHAMPION (HONG KONG) LTD.,** | |
| Defendants. | |

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE

1347723/1/DPL/105641-0001

1            Pursuant to the provisions of Fed. R. Civ. P. 41(a)(2), Plaintiff Athena Feminine

2    Technologies Inc., Defendant King Champion (Hong Kong) Ltd., and Simon Fan hereby

3    stipulate that this action, as to King Champion (Hong Kong) Ltd. and Simon Fan, be and hereby

4    is dismissed WITH PREJUDICE and without an award of attorney fees or costs to any party.

5    Accordingly, all claims asserted by Plaintiff Athena Feminine Technologies Inc. against

6    Defendant King Champion (Hong Kong) Ltd. and Simon Fan, and all counterclaims asserted by

7    Defendant King Champion (Hong Kong) Ltd. against Plaintiff Athena Feminine Technologies

8    Inc., are hereby dismissed WITH PREJUDICE.

9            **IT IS SO ORDERED,**

10           **DATED** this __12__ day of _June, 2012.

11           By: _____

12                     Saundra Brown Armstrong

13                     U.S. District Judge

14   **IT IS SO STIPULATED BY:**

15   **BULLIVANT HOUSER BAILEY PC**
     C. Todd Norris, SBN 181337

16

17   **ATER WYNNE LLP**

18   By:___/s/ Daniel P. Larsen_____
             Daniel P. Larsen, (Admitted *Pro Hac Vice*)

19           E-mail:  dpl@aterwynne.com
             Tel:  503/226-1191; Fax:  503/226-0079

20   Attorneys for Defendant King Champion (Hong Kong) Ltd.

21   **HENNEFER FINLEY & WOOD LLP**

22

23   By:___/s/ Steven Finley (by permission)_____
             Steven Finley, CSB 074391
             E-mail:  sfinley@finleylaw.biz

24           Tel:  415/296-0111; Fax:  415/296-7111
     Attorneys for Plaintiff Athena Feminine Technologies Inc.

25

26   By:___/s/ Simon Fan_____
             Simon Fan, Pro Se, Defendant

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE