```
 1  Steven C. Finley CSB# 074391
    HENNEFER, FINLEY & WOOD, LLP
 2  425 California Street, 19th Floor
    San Francisco, CA 94104
 3  Telephone:  (415) 296-0111
    Facsimile:  (415) 296-7111
 4  Email: SFinley@finleylaw.biz
    Attorneys for Plaintiff Athena Feminine Technologies, Inc.
 5
    Christopher Sargent, CSB # 246285
 6  COMPUTERLAW GROUP LLP
    401 Florence Street
 7  Palo Alto, CA 94301
    Telephone: (650) 327-9800
 8  Facsimile: (650) 618-1863
    Email: CSargent@computerlaw.com
 9
    Attorneys for Defendants Derek Wilkes, Pelfit Technologies,
10  LLC, Morton Cordell, and Silk Road Associates, LLC
```

HENNEFER FINLEY & WOOD, LLP
*ATTORNEYS AT LAW*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA FEMININE TECHNOLOGIES INC.<br><br>Plaintiff,<br><br>vs.<br><br>DEREK WILKES, PELFIT TECHNOLOGIES LLC, MORTON CORDELL, SILK ROAD ASSOCIATES LLC, SIMON FAN, and KING CHAMPION (HONG KONG) LTD.<br><br>Defendants. | Case No.:  CV-10-4868-SBA<br><br>**STIPULATION AND ORDER RESETTING FURTHER SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED that the Further Settlement Conference before Magistrate Donna M. Ryu presently set for July 30, 2012 at 11:00 AM may be continued and reset for Friday, August 24, 2012 commencing at 10:00 AM.

-1-

**STIPULATION AND ORDER RESETTING FURTHER SETTLEMENT CONFERENCE**

| | |
|---|---|
| | HENNEFER, FINLEY & WOOD, LLP |
| Dated: July 23, 2012 | /s/<br>Steven C. Finley, Attorney for Plaintiff<br>Athena Feminine Technologies Inc. |
| | COMPUTERLAW GROUP LLP |
| Dated: July 23, 2012 | /s/<br>Christopher Sargent, Attorney for Defendants Derek Wilkes, Pelfit Technologies, LLC, Morton Cordell, and Silk Road Associates, LLC |

IT IS SO ORDERED:

Dated: 7/25/12

GRANTED
Judge Donna M. Ryu

Magistrate Judge Donna M. Ryu