# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C-10-4868-SBA

**CASE NAME:** ATHENA FEMININE TECHNOLOGIES INC., v. DEREK WILKES, ET AL

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:** Ivy Garcia |
| **DATE**: 8/24/12  **TIME:** 3.5 Hours | **FTR**: Not Reported |
| **COUNSEL FOR PLAINTIFF:** Steven Finley | **COUNSEL FOR DEFENDANT:** Christopher Sargent |

# PROCEEDINGS

[ ] CASE MANAGEMENT CONFERENCE

[X] FURTHER SETTLEMENT CONFERENCE HELD

[ ] DISCOVERY CONFERENCE

[ ] MOTION HEARING

[ ] OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES: Further settlement conference held. Parties reached agreement in principle to resolve matter through stipulated expert witness process. Parties shall exchange draft proposals, and shall report to Judge Ryu with an update via email (dmrpo@cand.uscourts.gov) by no later than September 7, 2012.

cc: Chambers, Lisa Clark (CRD of Judge S.B. Armstrong)