1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   E-mail: jrusso@computerlaw.com
5          csargent@computerlaw.com

6  Attorneys for Defendants
   DEREK WILKES, PELFIT
7  TECHNOLOGIES, LLC, MORTON CORDELL
   AND SILK ROAD ASSOCIATES, LLC
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12

13  ATHENA FEMININE TECHNOLOGIES, INC.,        Case No.: 4:10-cv-04868-SBA

14              Plaintiff,                     **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR CLAIM CONSTRUCTION HEARING**

15       v.

16  DEREK WILKES, PELFIT TECHNOLOGIES
    LLC, MORTON CORDELL, SILK ROAD
17  ASSOCIATES LLC, SIMON FAN and KING
    CHAMPION (HONG KONG) LTD,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1  This Mutual Stipulation is hereby entered into between Plaintiff Athena Feminine
2 Technologies, Inc. ("Plaintiff" or "Athena") and Defendants Derek Wilkes, Pelfit Technologies,
3 LLC, Morton Cordell, and Silk Road Associates LLC, (collectively, "Defendants" and with Plaintiff,
4 the "Parties") by their respective counsel.

5  Following and as part of the Settlement Conference held on August 24, 2012 before Hon.
6 Donna Ryu, the Parties request that the previously submitted [Proposed] Order Setting Deadlines for
7 Claim Construction Hearing be replaced by the following schedule moving the deadlines discussed at
8 the Case Management Conference on June 28, 2012 by approximately thirty (30) days.

9  Accordingly, the Court hereby sets the following deadlines for the parties' obligations
10 pursuant to the patent local rules:

1. Disclosure of Asserted Claims and Infringement Contentions (LR3-1) to be served by:  July 30, 2012
2. Invalidity Contentions (LR3-3) to be served by:  September 27, 2012
3. List of Claim Terms to be construed by the court (LR4-1(a)) to be served by:  October 15, 2012
4. Exchange of Proposed Constructions of Identified Terms (LR4-2) to be served by:  November 5, 2012
5. Joint Claim Construction Statement (LR4-3) to be served by:  November 12, 2012
6. Opening Briefs and Evidence to be filed and served by:  December 6, 2012~~3~~
7. Opposition Brief and Evidence to be filed and served by:  December 20, 2012
8. Reply Brief to be filed and served by:  January 11, 2013~~2~~
9. Claim Construction Hearing to be held on or after:  February 6, 2012

**IT IS SO STIPULATED:**

Dated:  August 27, 2012                                          HENNEFER, FINLEY & WOOD, LLP


                                                    By:      /s/ Steven Finley
                                                             Steven C. Finley

                                                    Attorney for Plaintiff
                                                    ATHENA FEMININE TECHNOLOGIES, INC.


Dated:  August 27, 2012                                          COMPUTERLAW GROUP LLP


                                                    By:      /s/ Christopher Sargent
                                                             Jack Russo
                                                             Christopher Sargent

                                                    Attorneys for Defendants
                                                    DEREK WILKES, PELFIT TECHNOLOGIES,
                                                    LLC, MORTON CORDELL AND SILK ROAD
                                                    ASSOCIATES, LLC

### **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

                                                                    /s/ Christopher Sargent

---

**ORDER**

The parties shall appear for claim construction hearing on **February 27, 2013 at 10:00 a.m.** Two (2) hours is allotted for the hearing, inclusive of any tutorial. Immediately following the claims construction hearing, the Court will conduct a Case Management Conference in the courtroom. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. This Order terminates Docket 116.

Dated: 8/28/12

                                        Hon. Saundra Brown Armstrong
                                        United States District Judge