UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA FEMININE TECHNOLOGIES, | No. C 10-04868 SBA (DMR) |
| Plaintiff(s), | **ORDER RE SETTLEMENT DISCUSSIONS** |
| v. | |
| DEREK WILKES, | |
| Defendant(s). | |

The parties shall provide an update on settlement discussions to Judge Ryu via email (dmrpo@cand.uscourts.gov) by no later than October 29, 2012.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge