United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATHENA FEMININE TECHNOLOGIES,     No. C 10-04868 SBA (DMR)

    Plaintiff(s),     **ORDER RE SETTLEMENT CONFERENCE**

  v.

DEREK WILKES,

    Defendant(s).
_____/

During the November 9, 2012 telephonic settlement conference, the parties were ordered to email Judge Ryu at dmrpo@cand.uscourts.gov by November 12, 2012 regarding whether a further settlement conference would be beneficial. [Docket No. 122.] The parties have yet to respond. The parties are hereby ordered to email their responses to Judge Ryu by no later than November 30, 2012. Failure to do so may result in sanctions.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge