# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C-10-4868-SBA

**CASE NAME:** ATHENA FEMININE TECHNOLOGIES INC. v. DEREK WILKES, ET AL

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY**: **Ivy Garcia**

**DATE**: 12/6/2012                                    **FTR**: Not Reported

**COUNSEL FOR PLAINTIFF:**                    **COUNSEL FOR DEFENDANT:**
Steven Finley                                          Christopher Sargent

---

## PROCEEDINGS

[ ]    CASE MANAGEMENT CONFERENCE

[X]    FURTHER TELEPHONIC SETTLEMENT CONFERENCE HELD

[ ]    DISCOVERY CONFERENCE

[ ]    MOTION HEARING

[ ]    OTHER:_____

CASE CONTINUED TO:_____FOR_____

NOTES:  On December 6, 2012, Plaintiff forwarded the outline of a new settlement proposal to Defendants.  Counsel shall communicate on December 7, 2012 to make sure they understand the parameters of Plaintiff's new proposal.  By no later than December 10, 2012, Defendants shall respond to Plaintiff's proposal.  By no later than December 12, 2012, Plaintiff shall counter-respond.  The parties agree to continue discussions so that by no later than December 14, 2012, they will be able to email each other (with a copy to Judge Ryu) to indicate that they (1) have reached an agreement in principle, or (2) that the settlement discussions should be tabled pending further litigation efforts.  The parties represented to Judge Ryu that party principles and counsel are all available and able to meet these deadlines.


cc:    Chambers, Lisa Clark (CRD of Judge S.B. Armstrong)