1  Steven C. Finley CSB# 074391
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 296-0111
   Facsimile:  (415) 296-7111
4  Email: SFinley@finleylaw.biz

5  Attorneys for Plaintiff Athena Feminine Technologies, Inc.

6

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10  ATHENA FEMININE TECHNOLOGIES        Case No.:  CV-10-4868-SBA
    INC.
11                                      [PROPOSED] ORDER RESETTING
                                        DATE FOR THE FILING OF
12                                      PLAINTIFF'S OPPOSITION TO AND
                   Plaintiff,           HEARING DATE ON DEFENDANTS'
13                                      MOTION FOR PARTIAL SUMMARY
         vs.                            JUDGMENT
14
    DEREK WILKES, PELFIT
15  TECHNOLOGIES LLC, MORTON
    CORDELL, SILK ROAD ASSOCIATES
16  LLC, SIMON FAN, and KING CHAMPION
    (HONG KONG) LTD.
17
                   Defendants.
18

19
         Upon plaintiff's Ex Parte Application, and good cause appearing:
20
         IT IS HEREBY ORDERED that plaintiff's Opposition to defendants' Motion for Partial
21
22  Summary Judgment shall be filed on or before April 15, 2013, defendants' Reply shall be filed on

23  or before April 22, 2013, and that the hearing on defendants' Motion for Partial Summary

24  Judgment shall be on May 21, 2013.  Pursuant to Civil Local Rule 7-1(b) , the Court may resolve

25  the motion without oral argument.  The parties are advised the check the Court's website to

26  determine whether an appearance on the motion is required.
27

28

                                        -1-

HENNEFER FINLEY & WOOD, LLP
ATTORNEYS AT LAW

1    Dated: 3-27-13

                                               *Saundra B Armstrong*
2                                              Hon. Saundra Brown Armstrong
                                               United States District Court Judge
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HENNEFER FINLEY & WOOD, LLP
*ATTORNEYS AT LAW*

[PROPOSED] ORDER RESETTING DATE FOR THE FILING OF PLAINTIFF'S OPPOSITION TO AND
HEARING DATE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT