UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATHENA FEMININE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEREK WILKES, PELFIT TECHNOLOGIES, LLC, MORTON CORDELL, SILK ROAD ASSOCIATES, LLC, SIMON FAN and KING CHAMPION (HONG KONG) LTD., <br><br> Defendants. | Case No: C 10-4868 SBA <br><br> **ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL AND AMENDED COMPLAINT** <br><br> Dkt. 150 |

On February 6, 2013, the Court issued its Order Denying Plaintiff's Motion for Leave to File a Supplemental and Amended Complaint.  See Athena Feminine Techs. Inc. v. Wilkes, No. 10-4868 SBA, 2013 WL 450147 (N.D. Cal. Feb. 6, 2013), Dkt. 147.  The Court found that Plaintiff's proposed amendments were impermissibly vague and conclusory, and that "permitting amendment at this late stage of the litigation would be unduly prejudicial to Defendants."  Id., *3.  On March 4, 2013, Plaintiff filed the instant renewed Motion for Leave to File a Supplemental and Amended Complaint which is largely identical to its prior motion.  Dkt. 150.

Plaintiff's renewed motion is, at its core, a motion for reconsideration.  Before filing a motion for reconsideration, the movant must first seek leave to do so under Civil Local Rule 7-9.  Plaintiff has not complied with this requirement and the instant motion otherwise

fails to make the requisite showing under Local Rule 7-9. The Court may summarily deny motions that are not filed in compliance with the Court's local rules. See <u>Tri-Valley CAREs v. U.S. Dept. of Energy</u>, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion.").

Setting aside Plaintiff's inexplicable failure to comply with the Local Rules, the Court is not inclined to permit Plaintiff to file a supplemental pleading in any event. Although Plaintiff's proposed supplemental pleading addresses *some* of the vagueness concerns expressed by the Court in its prior order, the fact remains that allowing the amendment at this late stage of the proceedings would be unduly prejudicial to Defendants. <u>Athena Feminine Techs.</u>, 2013 WL 450147, *3. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's renewed Motion for Leave to File a Supplemental and Amended Complaint is DENIED. This Order terminates Docket 150.

IT IS SO ORDERED.

Dated: April 29, 2013

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge