# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C-10-4868-SBA

**CASE NAME:** ATHENA FEMININE TECHNOLOGIES INC. v. DEREK WILKES, ET AL

| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:** Ivy Garcia |
|---|---|
| **DATE**: 7/19/2013    **TIME:** 6.0 Hrs. | **FTR**: 3:31-3:44 |

**COUNSEL FOR PLAINTIFF:**
Steven Finley

**COUNSEL FOR DEFENDANTS WILKES, CORDELL, PELFIT AND SILK ROAD:**
Christopher Sargent

# PROCEEDINGS

[ ]  CASE MANAGEMENT CONFERENCE

[X]  FURTHER SETTLEMENT CONFERENCE HELD

[ ]  DISCOVERY CONFERENCE

[ ]  MOTION HEARING

[ ]  OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:   Matter fully settled.

cc:   Chambers, Lisa Clark (CRD of Judge S.B. Armstrong)